# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEABOARD HOTEL MEMBER ASSOCIATES, LLC, <u>et</u> <u>al.</u>,<br><br>        Post-Effective Date Plan Debtors. | Chapter 11<br><br>Case No. 15-12510 (LSS)<br><br>(Jointly Administered) |
| NCA INVESTORS LIQUIDATING TRUST,<br><br>        Plaintiff,<br>   v.<br><br>DEFENDANTS listed on **Exhibit 1** attached hereto,<br><br>        Defendants. | Adv. Pro. Nos. See **Exhibit 1** |

## **STATUS REPORT WITH RESPECT TO CETAIN ADVERSARY PROCEEDINGS**

The NCA Investors Liquidating Trust, as Plaintiff in the above-captioned adversary proceedings, hereby submits this status report pursuant to the respective scheduling orders.

Attached hereto is the status of the above-captioned adversary proceedings associated with Seaboard Hotel Members Associates, LLC, <u>et</u> <u>al.</u>, case no. 15-12510 (LSS).

[Signature page follows.]

Dated: June 19, 2018    **MORRIS JAMES LLP**

/s/ Brett D. Fallon
Brett D. Fallon (DE Bar No. 2480)
Douglas N. Candeub (DE Bar No. 4211)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  bfallon@morrisjames.com
E-mail:  dcandeub@morrisjames.com

and

Jeffrey M. Sklarz (ct20938)
GREEN & SKLARZ LLC
700 State Street, Suite 100
New Haven, CT 06511
Telephone: (203) 285-8545
Facsimile: (203) 823-4546
Email: jsklarz@gs-lawfirm.com

*Attorneys for Plaintiff*
*NCA Investors Liquidating Trust*

# **EXHIBIT 1**

### **List of Defendants and Adversary Proceedings**

| **Defendants** | **Adv. Proc. No.** |
|---|---|
| JOHN J. DIMENNA, JR., *et al.* | 17-51854 |
| TD BANK, N.A. | 17-51857 |
| A. PAPPAJOHN CONSTRUCTION COMPANY | 17-51858 |
| BRIAN C. DIMENNA | 17-51860 |
| BRIAN E. MERRITT | 17-51861 |
| CHRISTINE C. MERRITT | 17-51862 |
| JOHN J. DIMENNA, III | 17-51863 |
| ELIZABETH MERRITT STRAWBRIDGE | 17-51864 |
| ELIZABETH STRAWBRIDGE | 17-51865 |
| POLYANN KELLY a/k/a POLLY ANN KELLY a/k/a POLLYANN PARKE KELLY | 17-51867 |
| REDMOND STEWART STRAWBRIDGE a/k/a STEWART STRAWBRIDGE | 17-51868 |
| M. LYNN DIMENNA | 17-51869 |
| W. TYLER MERRITT | 17-51870 |
| PAUL MARK KELLY and ERINN KELLY | 17-51871 |
| THOMAS E. KELLY | 17-51872 |
| PENSCO TRUST COMPANY, as custodian, trustee or administrator F/B/O PAUL MARTIN KELLY IRA and PAUL MARTIN KELLY | 17-51873 |
| PENSCO TRUST COMPANY, as custodian, trustee or administrator F/B/O PAUL MARTIN KELLY IRA and PAUL MARTIN KELLY | 17-51874 |
| THOMAS E. DIMENNA | 17-51875 |
| MEREDITH DIMENNA | 17-51876 |
| PAUL MARK KELLY | 17-51877 |
| PENSCO TRUST COMPANY, as custodian, trustee or administrator F/B/O POLLYANN KELLY and POLLYANN KELLY a/k/a POLLY ANN KELLY | 17-51878 |
| PENSCO TRUST COMPANY, as custodian, trustee or administrator for benefit of MARIA PATRICIA KELLY-DOGGETT and MARIA PATRICIA KELLY-DOGGETT | 17-51879 |
| ISRAEL DISCOUNT BANK | 17-51880 |
| JOHN J. DIMENNA, Jr. and M. LYNN DIMENNA, TIC | 17-51881 |

**STATUS CATEGORY A:** List all cases where service is not complete.

| **Adv. Pro. No.** | **Defendant(s)** | **Comments** |
|---|---|---|
| | | |
| | | |

**STATUS CATEGORY B:** List all cases where service is complete but answer still due.

| **Adv. Pro. No.** | **Defendant(s)** | **Comments** |
|---|---|---|
| 17-51858 | A. PAPPAJOHN CONSTRUCTION COMPANY | April 2, 2018 was the deadline for Defendant to answer or otherwise respond to the Complaint. [Adv. D.I. 28]<br><br>Briefing is complete on Defendant's Motion to Change Venue.<br><br>Briefing is complete on Defendant's Motion to Stay Adversary Proceeding.<br><br>Notices of Completion of Briefing have not been filed by the Defendant with respect to the Motion to Change Venue and Motion to Stay Adversary Proceeding. |

**STATUS CATEGORY C:**  List all cases where no answer has been filed, and are making motion or request for Default Judgment.

| Adv. Pro. No. | Defendant(s) | Comments |
|---|---|---|
| 17-51854 | JOHN J. DIMENNA, JR. | On April 10, 2018, an Entry of Default solely against Defendant John J. DiMenna, Jr.<br><br>On June 6, 2018, Judgment by Default was entered solely against Defendant John J. DiMenna, Jr. |
| 17-51881 | JOHN J. DIMENNA, JR. | Service is complete, and the answer is due solely as it relates to Defendant John J. DiMenna, Jr.<br><br>On April 10, 2018, an Entry of Default solely against Defendant John J. DiMenna, Jr.<br><br>On June 6, 2018, Plaintiff filed the Motion for Default Judgment solely as it relates Defendant John J. DiMenna, Jr. |

**STATUS CATEGORY D:**  List all cases that have been settled or dismissed.

| Adv. Pro. No. | Defendant(s) | Comments |
|---|---|---|
|  |  |  |

**STATUS CATEGORY E:**  List all cases that have been settled, but not dismissed.

| Adv. Pro. No. | Defendant(s) | Comments |
|---|---|---|
| 17-51880 | ISRAEL DISCOUNT BANK | The Parties have agreed to dismiss this adversary proceeding, and a Stipulation of Dismissal will be filed. |

**STATUS CATEGORY F:** List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

| Adv. Pro. No. | Defendant(s) | Comments |
|---|---|---|
| 17-51860 | BRIAN C. DIMENNA | Defendant filed an Answer to the Complaint on March 7, 2018.<br><br>Defendant served Initial Disclosures on April 16, 2018.<br><br>Deadline to serve written fact discovery is November 15, 2018. |
| 17-51861 | BRIAN E. MERRITT | Defendant filed an Answer to the Complaint on January 30, 2018.<br><br>Defendant served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
| 17-51862 | CHRISTINE C. MERRITT | Defendant filed an Answer to the Complaint on January 30, 2018.<br><br>Defendant served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
| 17-51863 | JOHN J. DIMENNA, III | Defendant filed an Answer to the Complaint on March 7, 2018.<br><br>Defendant served Initial Disclosures on April 16, 2018.<br><br>Deadline to serve written fact discovery is November 15, 2018. |

| | | |
|---|---|---|
| 17-51864 | ELIZABETH MERRITT STRAWBRIDGE | Defendant filed an Answer to the Complaint on January 30, 2018. |
| | | Defendant served Initial Disclosures on April 6, 2018. |
| | | Plaintiff served Initial Disclosures on April 9, 2018. |
| | | Deadline to serve written fact discovery is July 15, 2018. |
| 17-51865 | ELIZABETH STRAWBRIDGE | Defendant filed an Answer to the Complaint on January 30, 2018. |
| | | Defendant served Initial Disclosures on April 6, 2018. |
| | | Plaintiff served Initial Disclosures on April 9, 2018. |
| | | Deadline to serve written fact discovery is July 15, 2018. |
| 17-51867 | POLYANN KELLY a/k/a POLLY ANN KELLY a/k/a POLLYANN PARKE KELLY | Defendant filed an Answer to the Complaint on January 30, 2018. |
| | | Defendant served Initial Disclosures on April 6, 2018. |
| | | Plaintiff served Initial Disclosures on April 9, 2018. |
| | | Deadline to serve written fact discovery is July 15, 2018. |
| 17-51868 | REDMOND STEWART STRAWBRIDGE a/k/a STEWART STRAWBRIDGE | Defendant filed an Answer to the Complaint on January 30, 2018. |
| | | Defendant served Initial Disclosures on April 6, 2018. |
| | | Plaintiff served Initial Disclosures on April 9, 2018. |
| | | Deadline to serve written fact discovery is July 15, 2018. |

| | | |
|---|---|---|
| 17-51869 | M. LYNN DIMENNA | Defendant filed an Answer to the Complaint on March 7, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Defendant served Initial Disclosures on April 16, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
| 17-51870 | W. TYLER MERRITT | Defendant filed an Answer to the Complaint on January 30, 2018.<br><br>Defendant served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
| 17-51871 | PAUL MARK KELLY and ERINN KELLY | Defendants filed an Answer to the Complaint on January 30, 2018.<br><br>Defendants served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
| 17-51872 | THOMAS E. KELLY | Defendant filed an Answer to the Complaint on January 30, 2018.<br><br>Defendant served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |

| | | |
|---|---|---|
| 17-51873 | PENSCO TRUST COMPANY, as custodian, trustee or administrator F/B/O PAUL MARTIN KELLY IRA and PAUL MARTIN KELLY | Defendants filed an Answer to the Complaint on January 30, 2018.<br><br>Defendants served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
| 17-51874 | PENSCO TRUST COMPANY, as custodian, trustee or administrator F/B/O PAUL MARTIN KELLY IRA and PAUL MARTIN KELLY | Defendants filed an Answer to the Complaint on January 30, 2018.<br><br>Defendants served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
| 17-51875 | THOMAS E. DIMENNA | Defendant filed an Answer to the Complaint on March 7, 2018.<br><br>Defendant served Initial Disclosures on April 16, 2018.<br><br>Deadline to serve written fact discovery is November 15, 2018. |
| 17-51876 | MEREDITH DIMENNA | Defendant filed an Answer to the Complaint on March 7, 2018.<br><br>Defendant served Initial Disclosures on April 16, 2018.<br><br>Deadline to serve written fact discovery is November 15, 2018. |

| 17-51877 | PAUL MARK KELLY | Defendant filed an Answer to the Complaint on January 30, 2018.<br><br>Defendant served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
|---|---|---|
| 17-51878 | PENSCO TRUST COMPANY, as custodian, trustee or administrator F/B/O POLLYANN KELLY and POLLYANN KELLY a/k/a POLLY ANN KELLY | Defendants filed an Answer to the Complaint on January 30, 2018.<br><br>Defendants served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |
| 17-51879 | PENSCO TRUST COMPANY, as custodian, trustee or administrator for benefit of MARIA PATRICIA KELLY-DOGGETT and MARIA PATRICIA KELLY-DOGGETT | Defendants filed an Answer to the Complaint on January 30, 2018.<br><br>Defendants served Initial Disclosures on April 6, 2018.<br><br>Plaintiff served Initial Disclosures on April 9, 2018.<br><br>Deadline to serve written fact discovery is July 15, 2018. |

| | | |
|---|---|---|
| 17-51881 | JOHN J. DIMENNA, Jr. and M. LYNN DIMENNA, TIC | Defendant M. Lynn DiMenna filed an Answer to the Complaint on March 7, 2018.<br><br>On April 10, 2018, Entry of Default solely against Defendant John J. DiMenna, Jr.<br><br>Defendant M. Lynn DiMenna served Initial Disclosures on April 16, 2018.<br><br>On June 1, 2018, Plaintiff filed the Motion for Default Judgment solely against Defendant John J. DiMenna, Jr.<br><br>Deadline to serve written fact discovery is November 15, 2018. |

**STATUS CATEGORY G:** List all cases where a Mediator has been selected or appointed.

| **Adv. Pro. No.** | **Defendant(s)** | **Comments** |
|---|---|---|
| | | |
| | | |

**STATUS CATEGORY H:** List all cases that are ready for trial.

| **Adv. Pro. No.** | **Defendant(s)** | **Comments** |
|---|---|---|
| | | |
| | | |

10292557/1

**STATUS CATEGORY I:** List all cases that have a dispositive Motion pending on at least one Count.

| Adv. Pro. No. | Defendant(s) | Comments |
|---|---|---|
| 17-51854 | JOHN J. DIMENNA, JR., *et al.* | Briefing is complete on Moving Defendants' (all Defendants except John J. DiMenna, Jr.) Motion to Dismiss Certain Counts of the Complaint.<br><br>Notice of Completion of Briefing has been filed. |
| 17-51857 | TD BANK, N.A. | Briefing is complete on Defendant's Motion to Dismiss Complaint.<br><br>Notice of Completion of Briefing has been filed. |

**STATUS CATEGORY J:** List all cases that have been stayed by Defendant's bankruptcy.

| Adv. Pro. No. | Defendant(s) | Comments |
|---|---|---|
|  |  |  |
|  |  |  |

10292557/1